■ ALAN RICHARDS, Appellant, v ALBERT H. SOCOLOV, Respondent.—Judgment, Supreme Court, New York County, entered on September 21, 1979, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court,

entered on December 14, 1979, is dismissed as from a nonappealable order. Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur—Fein, J. P., Sullivan, Ross, Silverman and Lynch, JJ.